Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroff@ballardspahr.com

*Attorneys for Plaintiff/Counter-defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-10*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-10,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company; SHERMAN OAKS ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation.<br><br>    Defendant. | Case No. 2:16-cv-02801-JCM-GWF<br><br>**MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [DKT. 50]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter/Cross-claimant,<br><br>vs. | |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-10; DAVID L. MCCOY, an individual; PAMELA MCCOY, an individual, | |
| Counter/Cross-defendants. | |

Plaintiff/Counter-Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-10 (the "Trustee") moves the Court pursuant Fed. R. Civ. P. 6(b) and LR IA 6-1 to extend the time for Trustee to file a reply in support of its Motion for Leave to File an Amended Complaint.[1] Trustee's motion was filed August 21, 2017. Sherman Oaks filed an opposition on August 23, 2017. Trustee's reply in support is currently due August 30, 2017.[2] Trustee respectfully requests that its deadline to file a Reply be extended to September 8, 2017.

Good cause exists for an extension, as the bases for Sherman Oaks opposition to Trustee's motion are entirely different from those relied upon by the Court in granting the motion to dismiss. Sherman Oaks' opposition is based on legal issues the parties last briefed seven months ago. Trustee requires additional time to review the briefing on these issues and update its research to ensure it provides appropriate responses to Sherman Oaks' arguments and presents the Court with current and relevant legal authority. Additionally, due to the upcoming holiday

---

[1] Counsel for Trustee attempted to contact counsel for Sherman Oaks to obtain a stipulation prior to filing this motion. However, as of the date of filing, counsel for Trustee has not received a response from Sherman Oaks.

[2] SFR Investments Pool 1, LLC has not, at this time, filed an opposition to Trustee's motion, but may do so no later than September 5, 2017.

2

weekend, Trustee has not been able to obtain client approval of this filing by August 30, 2017, and the availability of its client contacts over the next week is limited.

This is Trustee's first request for an extension of this deadline, and the request is not intended to cause any delay or prejudice to any party.

For the foregoing reasons, good cause exists to order that Trustee be allowed until September 8, 2017 to file a Reply in support of its Motion for Leave to File an Amended Complaint.

Dated this 30th day of August, 2017.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff/Counter-Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 5, 2017

3

DMWEST #16495247 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2017, I served a copy of the foregoing **MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ Sarah Walton
An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070