Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroff@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-10*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company; SHERMAN OAKS ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-claimant,<br><br>vs. | Case No. 2:16-cv-02801-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

DMWEST #16495247 v1

U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-10; DAVID L. MCCOY, an individual; PAMELA MCCOY, an individual,

Counter/Cross-defendants.

Plaintiff/Counter-Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-10 (the "Trustee"), SFR Investments Pool 1, LLC ("SFR"), and Sherman Oaks Estates Owners Association ("Sherman Oaks") (collectively, the "Parties") hereby stipulate to an Order for an extension of time for the Parties to file responses to the Motions for Summary Judgment filed by SFR and Trustee [ECF Nos. 65, 66], filed November 7, 2017.

Trustee's counsel has requested the extension for additional time to respond to SFR's Motion for Summary Judgment to address recent legal developments relevant to the issues in this case and due to reduced availability of Trustee's client contacts for review and approval due to the holiday season. The Parties previously received an extension of this deadline from the original deadline of November 28, 2017 to December 8, 2017. The proposed deadline is December 15, 2017.

[*Remainder of page intentionally left blank.*]

2

DMWEST #16495247 v1

This is the Parties' second request for an extension of this deadline, and the request is not intended to cause any delay or prejudice to any party.

Dated: December 7, 2017

**IT IS SO STIPULATED.**

| | |
|---|---|
| BALLARD SPAHR LLP | DENNETT WINSPEAR, LLP |
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Matthew A. Sarnoski<br>Gina Gilbert Winspear, Esq.<br>Nevada Bar No. 5552<br>Matthew A. Sarnoski, Esq.<br>Nevada Bar No. 9176<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, NV 89129 |
| *Attorneys for Plaintiff/Counter-Defendant* | *Attorneys for Sherman Oaks Estates Owners Association* |

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 8, 2017