1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SHERMAN OAKS ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02801-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-claimant,<br><br>vs.<br><br>U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10; DAVID L. MCCOY, an individual; PAMELA MCCOY, and individual, | |

Counter-Defendant/Cross-Defendants.

SFR INVESTMENTS POOL 1, LLC ("SFR"), U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10 ("Bank"), and SHERMAN OAKS ESTATES OWNERS ASSOCIATION ("Sherman Oaks"), by and through their respective counsel of record, hereby stipulate as follows:

1. SFR filed its Motion for Summary Judgment on November 7, 2017. [ECF No. 66]. Any response was originally due on November 28, 2017.

2. The Bank requested two extensions of time to respond to SFR's MSJ, which was stipulated to and granted on November 28, 2017 [ECF No. 68] and December 8, 2017 [ECF No. 70]. Based thereon, the Bank filed its Opposition to SFR's MSJ on December 15, 2017.

3. SFR's Reply in Support of its MSJ is currently due December 29, 2017. Given the holidays, staffing issues, and compounding work schedule, SFR seeks an extension of this deadline to allow sufficient time to respond to the Bank's Opposition.

4. The parties hereby stipulate and agree that SFR shall have until January 12, 2018 to file its Reply in Support of its MSJ.

…
…
…

- 2 -

5. This is the third request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion.

| | |
|---|---|
| DATED this  29th  day of December, 2017.<br><br>**KIM GILBERT EBRON**<br><br> /s/ *Jacqueline A. Gilbert* <br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for Defendant/Counterclaimant,*<br>*SFR Investments Pool 1, LLC* | DATED this  29th  day of December, 2017.<br><br>**BALLARD SPAHR LLP**<br><br> /s/ *Justin A. Shiroff* <br>Joel A. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* |
| DATED this  29th  day of December, 2017.<br><br>**DENNETT WINSPEAR, LLP**<br><br> /s/ *Matthew A. Sarnoski* <br>Gina Gilbert Winspear, Esq.<br>Nevada Bar No. 5552<br>Matthew A. Sarnoski, Esq.<br>Nevada Bar No. 9176<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>*Attorney for Sherman Oaks Estates Owners*<br>*Association* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 2, 2018

- 3 -