DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SHERMAN OAKS ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-claimant,<br><br>vs.<br><br>U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10; DAVID L. MCCOY, an individual; PAMELA MCCOY, and individual, | Case No. 2:16-cv-02801-JCM-GWF<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(Fourth Request)** |

Counter-Defendant/Cross-Defendants.

SFR INVESTMENTS POOL 1, LLC ("SFR"), U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10 ("Bank"), and SHERMAN OAKS ESTATES OWNERS ASSOCIATION ("Sherman Oaks"), by and through their respective counsel of record, hereby stipulate as follows:

1. SFR filed its Motion for Summary Judgment on November 7, 2017. [ECF No. 66]. Any response was originally due on November 28, 2017.

2. The Bank requested two extensions of time to respond to SFR's MSJ, which was stipulated to and granted on November 28, 2017 [ECF No. 68] and December 8, 2017 [ECF No. 70]. Based thereon, the Bank filed its Opposition to SFR's MSJ on December 15, 2017.

3. SFR's Reply in Support of its MSJ is currently due January 12, 2018. SFR seeks an extension of this deadline to allow sufficient time to respond to the Bank's Opposition. The associate responsible for this task has been in trial and the appearance in court was unexpectedly extended, resulting in the necessity for this extension.

4. The parties hereby stipulate and agree that SFR shall have until January 17, 2018 to file its Reply in Support of its MSJ.

5. SFR does not anticipate needing any additional extensions beyond this request.

…
…
…

- 2 -

6. This is the fourth request for an extension of the deadlines related to dispositive motions and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion.

| DATED this 12th day of January, 2018.<br><br>**KIM GILBERT EBRON**<br><br>/s/ *Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>*Attorney for Defendant/Counterclaimant,*<br>*SFR Investments Pool 1, LLC* | DATED this 12th day of January, 2018.<br><br>**BALLARD SPAHR LLP**<br><br>/s/ *Justin A. Shiroff*<br>Joel A. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* |
|---|---|
| DATED this 12th day of January, 2018.<br><br>**DENNETT WINSPEAR, LLP**<br><br>/s/ *Matthew A. Sarnoski*<br>Gina Gilbert Winspear, Esq.<br>Nevada Bar No. 5552<br>Matthew A. Sarnoski, Esq.<br>Nevada Bar No. 9176<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>*Attorney for Sherman Oaks Estates Owners Association* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 16, 2018