UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK N.A., <br><br> Plaintiff(s), <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendant(s). | Case No. 2:16-CV-2801 JCM (GWF) <br><br> ORDER |

Presently before the court is the matter of *U.S. Bank N.A. v. SFR Investments Pool 1, LLC et al,* case number 2:16-cv-02801-JCM-GWF.

In light of the parties' notice of global settlement negotiations (ECF No. 83), the court will deny plaintiff U.S. Bank N.A.'s motion for summary judgment (ECF No. 65) and defendant SFR Investments Pool 1, LLC's motion for summary judgment (ECF No. 66) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**