Abran E. Vigil
Nevada Bar No. 7548
Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-10*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company; SHERMAN OAKS ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendants. | Case No. 2:16-cv-02801-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE CLAIMS BETWEEN U.S. BANK, N.A., SFR INVESTMENTS POOL 1, LLC, AND SHERMAN OAKS ESTATES OWNERS ASSOCIATION** |

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

    Counter/Cross-claimant,

vs.

U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-10; DAVID L. MCCOY, an individual; PAMELA MCCOY, an individual,

    Counter/Cross-defendants.

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-10 ("U.S. Bank"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), and Defendant Sherman Oaks Estates Owners Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 4779 Laurel Canyon St., Las Vegas, Nevada 89129 ("Property") following a homeowner's association foreclosure sale conducted on January 22, 2014, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20050914-0001431 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. With respect to this dispute, the Parties have entered into a confidential settlement agreement pursuant to which U.S. Bank shall record a full reconveyance

of the Deed of Trust in the Official Records of Clark County, Nevada, constituting a full release and discharge of the Deed of Trust.

4. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

5. This Stipulation in no way affects SFR's cross-claim against David L. McCoy and Pamela McCoy (the "McCoys").

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20170119-0002774 be, and the same hereby is, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on January 17, 2017 pursuant to this Court's Order [ECF No. 11] shall be discharged and released to the Ballard Spahr LLP Trust Account.

9. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

10. This case shall remain open until such time as SFR resolves its pending cross-claim against the McCoys; and

(*Remainder of Page Intentionally Left Blank*)

12. Each party in this case number 2:16-cv-02801-JCM-GWF shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: December 13, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff/Counter-Defendant U.S. Bank, N.A. as Trustee* | *Attorneys for SFR Investments Pool 1, LLC* |

DENNETT WINSPEAR, LLP

By: /s/ Matthew A. Sarnoski
  Gina Gilbert Winspear, Esq.
  Nevada Bar No. 5552
  Matthew A. Sarnoski, Esq.
  Nevada Bar No. 9176
  3301 N. Buffalo Drive, Suite 195
  Las Vegas, NV 89129

*Attorneys for Sherman Oaks Estates Owners Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2018