Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SHERMAN OAKS ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02801-JCM-EJY<br><br>**JUDGMENT BY DEFAULT AGAINST DAVID L. MCCOY AND PAMELA MCCOY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS THROUGH CERTIFICATES, WMALT SERIES 2005-10; DAVID L. MCCOY, an individual; PAMELA MCCOY, and individual,<br><br>Counter/Cross Defendants. | |

1. This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Application for Judgment by Default against David L. McCoy and Pamela McCoy ("the McCoys" or "Cross-Defendants"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On January 17-2017, SFR filed a Cross-Claim [ECF No. 19] for quiet title and injunctive relief against Cross-Defendants, relating to real property located at **4779 Laurel Canyon Street, Las Vegas, Nevada 89129; Parcel No. 138-04-511-010** ("the Property").

2. Cross-Defendants failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Cross-Defendants on June 1, 2017.

3. Cross-Defendants are not incompetent, infants, or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Cross-Defendants.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants David L. McCoy and Pamela McCoy, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

///
///
///
///
///
///
///
///

- 2 -

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: January 21, 2020.

*Respectfully submitted by:*
**KIM GILBERT EBRON**
 /s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 15th day of January, 2020.