UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK N.A., | Case No. 2:16-CV-2801 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *U.S. Bank N.A. v. SFR Investments Pool 1, LLC et al.*, case no. 2:16-cv-02801-JCM-EJY.

On December 18, 2018, the court granted the parties' stipulation of dismissal, which resolved the plaintiff U.S. Bank's claims against defendants SFR Investments Pool 1, LLC and Sherman Oaks Estates Owners Association, as well as SFR's counterclaim. (ECF Nos. 87; 88). The only remaining claim in this case was SFR's crossclaim against Pamela and David McCoy.

The clerk entered default against the McCoys on June 1, 2017. (ECF No. 46). On January 15, 2020, SFR moved for default judgment against the McCoys, which the court granted on January 21. (ECF Nos. 91; 92). However, the clerk was not instructed to enter judgment and close the case. (*See* ECF No. 92).

The court now instructs the clerk to enter judgment pursuant to this court's order granting default judgment. (ECF No. 92). Because this resolves SFR's crossclaim, there are no other pending claims in this action. The clerk is also instructed to close the case accordingly.

DATED January 31, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**